## Scholl's Appeal.[1]

Will construed, and widow held to have a right to dispose of any part of the personalty during her lifetime.

(Decided January 26, 1886.)

From a decree of the Orphans' Court of Philadelphia County. Affirmed.

*Ernest Lowengrund* and *Samuel A. Boyle* for appellants.

*William E. Tolan* and *J. Quincy Hunsicker* for appellees.

PER CURIAM:

We think the court gave a correct construction to the will of John Jacoby. His widow took such an estate in the personalty as to give her a right to dispose of any part thereof in her lifetime at her discretion. His direction to sell the property and to convert it into money was not to take effect until after the death of his widow, and then only as to the property remaining.

Decree affirmed and appeal dismissed, at the costs of the appellants.